### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RINA BRODT, On Behalf of Herself and All Other Similarly Situated,       Plaintiff,              v.  THE TALBOTS, INC., MARJORIE L. BOWEN, JOHN W. GLEESON, ANDREW H. MADSEN, GARY M. PFEIFFER, TRUDY F. SULLIVAN, SUSAN SWAIN, SYCAMORE, LLC, TLB HOLDINGS LLC, AND TLB MERGER SUB INC.,       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 1:12-cv-00853 (RGA) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties that have entered an appearance in this action, through the undersigned counsel, hereby stipulate and agree that this action be dismissed in its entirety with prejudice. All rights of appeal are hereby waived. Each party shall bear its own attorneys' fees and costs.

                                                                                       POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL:  WHITE & CASE LLP Glenn M. Kurtz Andrew W. Hammond 1155 Avenue of the Americas New York, New York  10036-2787 (212) 819-8200 | By: /s/ Brian C. Ralston         Donald J. Wolfe, Jr. (#285)         Brian C. Ralston (#3770)         Hercules Plaza, 6th Floor         1313 North Market Street         P. O. Box 951         Wilmington, DE 19899         (302) 984-6000         dwolfe@potteranderson.com         bralston@potteranderson.com  *Attorneys for Defendant The Talbots, Inc.* |

2

                                                                          O'KELLY ERNST & BIELLI, LLC

| OF COUNSEL: | By:   */s/ Ryan M. Ernst* |
|---|---|
| | Ryan M. Ernst (#4788) |
| WEISSLAW LLP | 901 N. Market Street |
| Joseph H. Weiss | Suite 1000 |
| Richard A. Acocelli | Wilmington, DE  19801 |
| 1500 Broadway, 16th Floor | (302) 778-4000 |
| New York, New York  10036 | (302) 295-2873 (facsimile) |
| (212) 682-3825 | rernst@oeblegal.com |

                                                                         *Attorneys for Plaintiff*

Dated:  December 23, 2013


SO ORDERED, this _____ day of _____, 201__.


                                                                       _____
                                                                       United States District Judge