## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RINA BRODT, On Behalf of Herself and All Other Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE TALBOTS, INC., MARJORIE L. BOWEN, JOHN W. GLEESON, ANDREW H. MADSEN, GARY M. PFEIFFER, TRUDY F. SULLIVAN, SUSAN SWAIN, SYCAMORE, LLC, TLB HOLDINGS LLC, AND TLB MERGER SUB INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 1:12-cv-00853 (RGA)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties that have entered an appearance in this action, through the undersigned counsel, hereby stipulate and agree that this action be dismissed in its entirety with prejudice. All rights of appeal are hereby waived. Each party shall bear its own attorneys' fees and costs.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

WHITE & CASE LLP
Glenn M. Kurtz
Andrew W. Hammond
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

By: /s/ Brian C. Ralston
Donald J. Wolfe, Jr. (#285)
Brian C. Ralston (#3770)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
dwolfe@potteranderson.com
bralston@potteranderson.com

*Attorneys for Defendant The Talbots, Inc.*

|  |  |
|---|---|
| | O'KELLY ERNST & BIELLI, LLC |
| OF COUNSEL: | By:   */s/ Ryan M. Ernst* <br> Ryan M. Ernst (#4788) |
| WEISSLAW LLP <br> Joseph H. Weiss <br> Richard A. Acocelli <br> 1500 Broadway, 16th Floor <br> New York, New York 10036 <br> (212) 682-3825 | 901 N. Market Street <br> Suite 1000 <br> Wilmington, DE 19801 <br> (302) 778-4000 <br> (302) 295-2873 (facsimile) <br> rernst@oeblegal.com |
| | *Attorneys for Plaintiff* |

Dated: December 23, 2013

SO ORDERED, this 30th day of December, 201_.

/s/ Richard G. Andrews
United States District Judge

2

PAC 1134234v.1